**11 CIV. 1807**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Andre Antrobus
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

67 pct police and
P.O. # 924206
N.Y.P.D.
_____
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes  ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  Parties in this complaint:

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  Andre AntroBus
            ID #  141 11 00918
            Current Institution  GRVC
            Address  0909 Hazen st
            East Elmhurst Queens N.Y. 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2007

1

Defendant No. 1    Name _police officer_    Shield # _904206 #IO_
Where Currently Employed _67 pct_
Address _snyder ave_
_Bklyn N.Y. 11226_

Defendant No. 2    Name _P.O. other one_    Shield # _____
Where Currently Employed _67 pct_
Address _snyder ave_
_Bklyn N.Y. 11226_

Defendant No. 3    Name _N.Y.P.D_    Shield # _____
Where Currently Employed _____
Address _One police plaza_

Defendant No. 4    Name _____    Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5    Name _____    Shield # _____
Where Currently Employed _____
Address _____

II.    **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur?
_67 pct_

B.    Where in the institution did the events giving rise to your claim(s) occur?
_Bull pen_

C.    What date and approximate time did the events giving rise to your claim(s) occur?
_7:45_

D. Facts:

**What happened to you?**
I told these officers I was almost Robbed and attack By gang member and they try to steal my watch and 300⁰⁰ dollars and they arrest me when I told them to ask witness's that was standing around then they took 200⁰⁰ and gave me 100⁰⁰

**Who did what?**
police officers one I.O# 904206

**Was anyone else involved?**
Just the other officers

**Who else saw what happened?**
patrick mgiulkin, Kareen Brown and Christine Clark Plus Denzil Simon

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

Mental stress Re occurance P.t.S.D Emotional depression

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____  No ✓

*Rev. 05/2007*

3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?

1. Which claim(s) in this complaint did you grieve? _civillian complaint Board_

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____
_____
_____
_____

2. If you did not file a grievance but informed any officials of your claim, state who you

informed, when and how, and their response, if any: _____
_____
_____
_____
_____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). Sueing for 50,000 mental stress, anguish, emotional depression and reoccurance Flash Backs PTSD.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ____

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ____

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
If NO, give the approximate date of disposition _____

*Rev. 05/2007*

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___Settlement___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1st___ day of ___February___ 20_11_

Signature of Plaintiff ___[signature]___
Inmate Number ___141 11 0091 8___
Institution Address ___G-R-V-C___
___09 09 Hazen St___
___E-Elmhurst Queens___
___New York, NY 11370___

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ___1st___ day of ___February___, 20_11_ I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: ___[signature]___